# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| V. | |
| | Case Number: 8:07-cr-46-T-23TBM |
| JON ALLEN CURRY | |
| | USM Number: 57215-097 |
| | |
| | Defendant's Attorney: James Wesley Smith, III |

The defendant admits committing, and is adjudged guilty of committing, the three Grade C violations charged in numbered paragraphs one through three of the September 26, 2007, petition (Docs. 18 and 6, respectively).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to notify ten days prior to any change in residence | 09/22/07 |
| Two | Positive urinalysis for cocaine | 08/04/07 |
| Three | Failure to reside in a residential re-entry center/ residential re-entry sanctions center | 09/22/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 4, 2008
Date of Imposition of Sentence

*/s/ Steven D. Merryday*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

January 4th, 2008
Date

DEFENDANT: JON ALLEN CURRY  
CASE NUMBER: 8:07-cr-46-T-23TBM  
Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **EIGHTEEN (18) MONTHS to run concurrently with the term of imprisonment imposed in 8:07-cr-23-T-23EAJ.**

__X__ The court makes the following recommendations to the Bureau of Prisons: **CONFINEMENT IN A FACILITY AT COLEMAN, FLORIDA.**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m. p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

NO TERM OF SUPERVISION IS IMPOSED.